**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

| | |
|---|---|
| **W.M. BARR & COMPANY, INC.,**<br>Plaintiff,<br><br>v.<br><br>**GENUINE PRODUCTS SUPPLY LLC,**<br>Defendant. | Case No. 2:26-cv-3566<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff W.M. Barr & Company, Inc. d/b/a Barr Brands ("Plaintiff"), by and through its undersigned counsel, hereby states that Plaintiff is entirely employee owned and that there are no parent corporations or any publicly held corporations owning 10% or more of Plaintiff's stock.

Dated: November17, 2026

Respectfully submitted,

*<u>/s/Nelson T. Rainey</u>*
Nelson T. Rainey (TN #35470)
SEGAL MCCAMBRIDGE SINGER & MAHONEY, Ltd.
5100 Poplar Avenue, Suite 1212
Memphis, TN 38137
Telephone: (901) 415-1160
Email: nrainey@smsm.com
Attorneys for Plaintiff